



### LAW OFFICES OF
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

September 9, 2022

**Sent via ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

### Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPK)

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter.  Ms. Garnett's bond conditions include a $50,000 bond, which is co-signed by a finically responsible person, home detention, and electronic ankle monitoring.  Ms. Garnett has two (2) jobs and works days, nights, and weekends and is being considered for a promotion to management at her second place of employment.

    We write to respectfully request that this Court modify Ms. Garnett's condition of home detention to curfew with hours to be determined by Pretrial Services.  Pretrial Services has no objection to our application and the government has not provided a position as of today's filing.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant our request.  Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)
       PTSO Mallori Brady (*via electronic mail*)
       PTSO Joshua Rothman (*via electronic mail*)

```
Application GRANTED.



Dated:      September 12, 2022
            New York, New York
```

_____
Honorable Katherine Polk Failla, U.S.D.J.