

**MEMO ENDORSED**

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

April 30, 2023

**Sent via ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPK)*

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter. Ms. Garnett's bond conditions include a $50,000 bond, which is co-signed by a financially responsible person, curfew, and electronic ankle monitoring. Recently, Ms. Garnett started a new full-time position as a truck driver making deliveries throughout New York City, Nassau, and New Jersey, which Your Honor granted pursuant to our previously submitted application to permit her to travel throughout New York and New Jersey.

    We write to respectfully request the Court modify Ms. Garnett's conditions to allow her to travel for employment to Connecticut as well. Pretrial Services has no objection to our application and the government defers to Pretrial Services.

    For the Court's convenience, I have included a "So Ordered" line should the Court grant our request. Thank you for your time and consideration.

                                             Respectfully submitted,

                                             s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)
       PSO Mallori Brady (*via electronic mail*)
       PSO Joshua Rothman (*via electronic mail*)
       PSO Corinne Carroll (*via electronic mail*)

```
Application GRANTED.  The Clerk of Court is directed to terminate
the motion at docket entry 176.
```

SO ORDERED   *[signature: Katherine Polk Failla]*       Dated:  May 1, 2023
                                                                   New York, New York
_____
Honorable Katherine Polk Failla, U.S.D.J.