

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

June 24, 2023

**Sent via ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)*

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter, which is scheduled for a status conference on July 19, 2023, and our sentencing submission is due July 5, 2023. I am currently on trial before the Honorable Miriam Best in *People v. Jenkins, et al.*, Indictment No. 00041-2020/NY, New York Supreme Court, New York County, 111 Centre Street, Part 85, New York, NY 10007. I also have a planned vacation the week of July 3, 2023. I write to respectfully request an adjournment of the sentencing hearing. If convenient for the Court, we ask for a hearing date during the week of August 7, 2023. The government consents to this request.

    Thank you for your time and consideration.

                                                    Respectfully submitted,

                                                    s/ Jacqueline E. Cistaro, Esq.

cc:      All Counsel

Application GRANTED. Ms. Lakeshia Garnett's sentencing, which is currently scheduled for July 19, 2023, is hereby ADJOURNED to 3:00 p.m. on **August 10, 2023**. Ms. Garnett's sentencing submission shall be filed on or before **July 27, 2023**, and the Government's sentencing submission shall be filed on or before **August 3, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 210.

Dated:     June 26, 2023                SO ORDERED.
           New York, New York

                                        *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE