

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____
September 15, 2023

**Sent via ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)*

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter, who is scheduled for sentencing on October 3, 2023, at 3:30 p.m., with our sentencing submission due on September 19, 2023.  We write to respectfully request a brief two day extension to file our sentencing submission on Thursday, September 21, 2023.  The government consents to this request.

    Thank you for your time and consideration.

                                                      Respectfully submitted,

                                                      s/ Jacqueline E. Cistaro, Esq.

cc:     All Counsel

Application GRANTED.  The Clerk of Court is directed to terminate the motion at docket entry 275.

Dated:    September 18, 2023        SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE