

LAW OFFICES OF
# JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

September 24, 2023

*Sent via ECF*

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



### Re: *U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)*

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter, who is scheduled for sentencing on October 3, 2023, at 3:30 p.m.  After conferring with the Court's law clerk and the government, we withdraw our request for an extension to file our sentencing memorandum and respectfully request an adjournment of the sentencing hearing to allow counsel time to review the mitigation report that we just received and incorporate the report in our sentencing submission. The government objects to this request.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel

Application GRANTED.  Ms. Garnett's sentencing hearing is hereby
ADJOURNED to **December 15, 2023** at 11:00 a.m.  Defendant shall
file her sentencing submission on or before **December 1, 2023** and
the Government shall file its sentencing submission on or before
**December 8, 2023.**

The Clerk of Court is directed to terminate the motions at
docket entries 277 and 280.

Dated:     September 25, 2023          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE