

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

November 29, 2023

**Sent via ECF**
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



*Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)*

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter, who is scheduled for sentencing on December 15, 2023, and defense sentencing submissions is due on December 1, 2023. I write to respectfully request a brief two day extension to file our sentencing submission on Sunday, December 3, 2023, as counsel is on trial before the Honorable Andrew L. Carter, in *United States v. Joyner, et al.*, 21 Cr. 673 (ALC). The government consents to our request.

    Thank you for your time and consideration.

                                                       Respectfully submitted,

                                                       s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel

```
Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket entry 306.


 Dated:    November 30, 2023              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE