

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

December 1, 2023

**Sent via ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)*

Your Honor:

    I represent Lakeshia Garnett in the above-captioned matter, who is scheduled for sentencing on December 15, 2023. Counsel requested a brief extension to file our sentencing submission on Sunday, December 3, 2023, as I am on trial before the Honorable Andrew L. Carter, in *United States v. Joyner, et al.*, 21 Cr. 673 (ALC). It appears counsel was overly optimistic regarding scheduling demands and commitments and I write to respectfully request an additional two day extension to file our sentencing submission on Tuesday, December 5, 2023. The government consents to our request.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel

```
Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket entry 310.


Dated:    December 4, 2023             SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE