UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>LAKESHIA GARNETT,<br><br>Defendant. | 21 Cr. 414 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to an unanticipated conflict with the Court's schedule, the sentencing hearing currently scheduled for December 15, 2023, at 11:00 a.m. (Dkt. #281) is hereby ADJOURNED to **December 21, 2023**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated: December 6, 2023
New York, New York

KATHERINE POLK FAILLA
United States District Judge