



325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

June 5, 2025

*Sent via ECF*

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: U.S. v. Lakeshia Garnett, 21 Cr. 414 (KPF)*

Your Honor:

    I represented Lakeshia Garnett in the above-captioned matter, who was sentenced to a period supervised release. Ms. Garnett remains employed, sober, and without any violations of the conditions of supervised release.

    We write to respectfully request that Ms. Garnett be permitted to travel to Colombia for a vacation from June 21, 2025 – June 25, 2025. We also request that Ms. Garnett be permitted to obtain her passport from Pretrial Services. The United States Probation Office consents to this request and the government defers to probation.

    Thank you for your time and consideration.

                                                            Respectfully submitted,

                                                            s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 371.

| | |
|---|---|
| Dated:    June 6, 2025<br>           New York, New York | SO ORDERED. |

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE