

LAW OFFICES OF

JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

January 6, 2026

*Via ECF and Electronic Mail*

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



*Re: United States of America v. Lakeisha Garnett, 21 Cr. 00414-008 (KPF)*

Your Honor:

I represent Lakeisha Garnett in the above-referenced matter and pursuant to the Criminal Justice Act (CJA). We write to respectfully request an adjournment of the status conference to allow the parties to continue to investigate the matter and engage in meaningful plea negotiations. If convenient for the Court, we ask for a status conference on March 11, 2026. The government consents to this request.

Thank you for your time and kind consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc:     All Counsel

Application GRANTED.

The conference currently scheduled for January 6, 2026, is hereby ADJOURNED to **March 11, 2026,** at **11:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

The Clerk of Court is directed to terminate the pending motion at docket entry 373.

Dated:     January 6, 2026          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE