**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:    ***United States v. Lakeshia Garnett*, 21 CR 414 (KPF)**

Dear Judge Failla:

The parties respectfully request that the VOSR conference in the above-captioned matter, currently scheduled for March 11, 2026 at 11:30 a.m., be adjourned until May 20, 2026 at 12 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Christy Slavik
Assistant United States Attorney
(212) 637-1113

cc: Counsel of Record (by ECF)

Application GRANTED.

The conference currently scheduled for March 11, 2026, is hereby ADJOURNED to **May 20, 2026,** at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 376.

Dated:     March 6, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE