UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>LAKESHIA GARNETT,<br><br>Defendant. | 21 Cr. 414 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to unforeseen scheduling conflicts, the conference currently scheduled for May 20, 2026, is hereby ADJOURNED to **June 11, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   May 5, 2026
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge